Sᴍɪᴛʜ, Appellant, ᴠs. Aᴍᴇʀɪᴄᴀɴ Aᴜᴛᴏᴍᴏʙɪʟᴇ Iɴsᴜʀᴀɴᴄᴇ Cᴏᴍᴘᴀɴʏ, Respondent.

For the appellant : *Clarence E. Rinehard* of Chippewa Falls.
For the respondent : *Wilcox, Wilcox & Sullivan* of Eau Claire.

*By the Court.*—Judgment affirmed.

Sᴀɢᴇ-Fɪꜰɪᴇʟᴅ Lᴜᴍʙᴇʀ Cᴏᴍᴘᴀɴʏ and another, Appellants, ᴠs. Iɴᴅᴜsᴛʀɪᴀʟ Cᴏᴍᴍɪssɪᴏɴ and another, Respondents.

For the appellants : *Wilkie, Toebaas, Hart, Kraege & Jackman* of Madison.
· For the respondent Industrial Commission : *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.
For the respondent Leo H. Atwood : *Moran & O'Brien* of Delavan.

*By the Court.*—Judgment affirmed.

*June 20, 1940.*

Sᴛᴜʀᴍ and others, Appellants, ᴠs. Cʜɪᴄᴀɢᴏ & Nᴏʀᴛʜ Wᴇsᴛᴇʀɴ Rᴀɪʟᴡᴀʏ Cᴏᴍᴘᴀɴʏ and another, Respondents.

For the appellants : *Wendell McHenry,* attorney, and *Sigurd W. Krostue* of counsel, both of Waupaca.
For the respondents : *John F. Baker* and *John E. Krueger,* both of Milwaukee.

*By the Court.*—Judgment affirmed.